**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

LINDA ANDERSEN,

    Plaintiff,

                                Case No.: 1:17-CV-20379-RNS

v.

AETNA LIFE INSURANCE COMPANY,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, Linda Andersen, hereby advises the Court that this case has settled by an amicable resolution. The Parties will file a joint stipulation of dismissal with prejudice, with each party to bear its own costs and attorney's fees, once the settlement and release have been finalized. Plaintiff respectfully requests this Court maintain jurisdiction over this action until that time.

Dated: June 28, 2017

                                          Respectfully submitted,

                                          */s/ Edward Philip Dabdoub*
                                          Edward Philip Dabdoub (FBN. 45685)
                                          eddie@longtermdisability.net
                                          Carter Meader (FBN. 116907)
                                          carter@longtermdisability.net
                                          DABDOUB LAW FIRM, P.A.
                                          1600 Ponce de Leon Blvd., Suite 1205
                                          Coral Gables, Florida 33134
                                          Tel: (305) 754-2000
                                          Fax: (305) 754-2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing Notice with the Clerk of Court by using the CM/ECF system, which will, in turn, send a notice of electronic filing to Defendant's Attorney, Jonathan M. Fordin, SHUTTS & BOWEN LLP 200 South Biscayne Boulevard Ste. 4100 Miami, Florida 33131 on this 28rd day of June 2017.

*/s/ Edward P. Dabdoub*
Edward P. Dabdoub