UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:17-cv-20379-RNS

LINDA ANDERSEN,

    Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY,

    Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Linda Andersen, and Defendant, Aetna Life Insurance Company, by and through their undersigned Counsel, hereby stipulate and agree to the entry of a Final Order of Dismissal With Prejudice, with each party to bear her/its own attorneys' fees and costs.

Dated this 13th day of July, 2017.

| | |
|---|---|
| */s/ Edward P. Dabdoub* | */s/ Jonathan M. Fordin* |
| Edward Philip Dabdoub, Esquire | Jonathan M. Fordin, Esquire |
| Florida Bar No. 45685 | Florida Bar No. 371637 |
| DABDOUB LAW FIRM, P.A. | SHUTTS & BOWEN LLP |
| 1600 Ponce De Leon Blvd. | 200 South Biscayne Blvd. |
| Suite 1205 | Suite 4100 |
| Coral Gables, FL 33134 | Miami, FL 33131 |
| Telephone: 305-754-2000 | Telephone: 305-347-7390 |
| Fax: 305-754-2007 | Fax: 305-381-9982 |
| eddie@longtermdisability.net | jfordin@shutts.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

MIADOCS 15084065 1 24018.0319